# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**REVERSE MORTGAGE FUNDING, LLC,**
Appellant,

v.

**SHERRY BANYAS-ZAID, AMY L. ALLEN, ALGERETTA A. BANYAS, JUDITH LISBIN MARCUS, KRISTA A. ELLIS, COMMISSIONER OF HOUSING AND URBAN DEVELOPMENT,** and **MORTGAGE ELECTRONIC SYSTEMS. INC.,**
Appellees.

No. 4D20-2259

[December 2, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 502019CA004544.

Tracy J. Adams of Fidelity National Law Group, Fort Lauderdale, for appellant.

S. Brian Bull of Scott, Harris, Bryan, Barra & Jorgensen, P.A., Palm Beach Gardens, for appellees Sherry Banyas-Zaid and Amy L. Allen.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***